In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-067 CV


____________________



ALLEN LEE, Appellant



V.



TIM BAKER, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 97813






MEMORANDUM OPINION (1)


 On February 28, 2005, the appellee, Tim Baker d/b/a Baker Auto Repair, filed a
motion to dismiss the appeal for lack of jurisdiction. The appellant, Allen Lee, declined
to respond. We join several of our sister courts in holding that our grant of appellate
jurisdiction does not extend to suits originating in small claims court. 


 This dispute involves non-payment for car repair services. The suit was originally
filed by Lee, the car owner, in small claims court. On trial de novo in the County Court
at Law, Baker, the owner of the repair shop, obtained a judgment against Lee in the
principal amount of $4,000.00, excluding interest and conditional awards of attorneys' fees
in the event of appeal. Lee was denied any recovery against Baker. 

 Lee filed notice of appeal. The appeal from a small claims court judgment is to the
county court at law. Tex. Gov't Code Ann. § 28.052(a) (Vernon 1988). The judgment
of the county court at law is final. Tex. Gov't Code Ann. § 28.053(d) (Vernon 1988). 
There is no further appeal to the Court of Appeals. Davis v. Covert, 983 S.W.2d 301, 302
(Tex. App.--Houston [1st Dist.] 1998, pet. dism'd w.o.j.); accord Savage v. Mathew, No.
14-02-01254-CV, 2003 WL 1738864 (Tex. App.--Houston [14th Dist.] 2003, mand.
denied, pet. granted); Tumlinson v. Gutierrez, 55 S.W.3d 673, 674 (Tex. App.--Corpus
Christi 2001, no pet.); Oropeza v. Valdez, 53 S.W.3d 410, 411-12 (Tex. App.--San
Antonio 2001, no pet.); Woodlands Plumbing Co. v. Rodgers, 47 S.W.3d 146, 148 (Tex.
App.--Texarkana 2001, pet. denied); Howell Aviation Servs. v. Aerial Ads, Inc., 29
S.W.3d 321, 322-24 (Tex. App.--Dallas 2000, no pet.); Lederman v. Rowe, 3 S.W.3d
254, 255-56 (Tex. App.--Waco 1999, no pet.); Gaskill v. Sneaky Enters., Inc., 997
S.W.2d 296, 297 (Tex. App.--Fort Worth 1999, pet. denied). 


 The appeal is dismissed for lack of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered April 14, 2005 

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.